UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN EDWARD CARSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV1680-SNL |
| ) | |
| MALLINCKRODT, INC., ) | ( Including all Consolidated Cases ) |
| PURDUE PHARMA, INC., ) | |
| PURDUE FREDERICK COMPANY, ) | |
| and P.F. LABORATORIES, INC., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

In the John Edward Carson case, defendants requested an extension of time to December 7, 2005 in which to file their memorandum in response to the motion to remand of plaintiff. This Court granted that extension request on November 4, 2005.

On November 8, 2005 the Chief United States District Judge for the Eastern District of Missouri ordered that 50 cases involving the same defendants in this captioned case be consolidated for a limited purpose only.

Without examining the docket sheet of each of the 50 cases, which have been consolidated for the limited purpose, the Court assumes a request for an extension of time was made in each of such cases. The judges in such cases before the consolidation order was issued, may or may not have granted the extension.

**IT IS THEREFORE ORDERED** that in all of the consolidated cases defendants may have an extension to December 7, 2005 in which to file their memorandum in response to plaintiff's motion to remand. If any Court in any of the consolidated cases has denied such request, the denial is superceded by this order in the consolidated cases.

**IT IS FINALLY ORDERED** that copy of this order and all future orders of this Court in the consolidated cases shall be sent electronically to all counsel of record in each case.

Dated this   16th   day of November, 2005.

/s/ Stephen N. Limbaugh
SENIOR UNITED STATES DISTRICT JUDGE